Daniel Srourian, Esq. (SBN: 285678)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiffs, Minor Plaintiffs, and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL DIVISION**

**RAQUEL DIAZ,** on behalf of her minor child, **B.E.**, and all others similarly situated, **LISA MEDINA**, on behalf of her minor child, **G.C.**, and all others similarly situated, **OSCAR RODRIGUEZ**, on behalf of his minor child, **F.R.**, and all others similarly situated, **STACY RADER**, on behalf of her minor child, **S.C.**, and all others similarly situated, and **KATRINA MONTGOMERY**, on behalf of her minor children, **J.M.**, **J.A.**, and **J.M.**, and all others similar situated,

Plaintiffs,

v.

**PARAMOUNT SKYDANCE CORPORATION** and **PLUTO INC.**,

Defendants.

Case No. 5:25-cv-02945-KK-DTB

**PETITION FOR APPOINTMENT OF GUARDIANS AD LITEM**

Petitioners Raquel Diaz, on behalf of Minor Plaintiff B.E., Lisa Medina, on behalf of Plaintiff G.C., Oscar Rodriguez, on behalf of Minor Plaintiff F.R., Stacy Rader, on behalf of Plaintiff Minor S.C., and Katrina Montgomery, on behalf of Minor Plaintiffs J.M., J.A., and J.M. ("Petitioners"), respectfully submit this Petition requesting that the Court enter an order appointing them as Guardians Ad Litem for purposes of this litigation.

Petitioners submit this Petition for the Appointment of Guardians Ad Litem pursuant to L.R. 17-1.1. Petitioners are the "general guardians" – i.e. parents – of the Minor Plaintiffs which they seek to represent.

Rule 17 of the Federal Rules of Civil Procedure requires a court to take proper measures to protect a minor during litigation, including appointing a guardian ad litem for a minor without a duly appointed representative. Fed. R. Civ. P. 17(c). "The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court[.]" *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). "When there is no conflict of interest, the guardian ad litem appointment is usually made on ex parte application and involves minimal exercise of discretion by the trial court." *Student A v. Berkeley Unified School District*, Case No. 17-cv-02510-MEJ, 2017 U.S. Dist. LEXIS 75446, at *3 (N.D. Cal. May 17, 2017); *Angel v. Marten*, No. 21-cv-07333-ODW, 2021 U.S. Dist. LEXIS 227245, at *2 (C.D. Cal. Nov. 24, 2021) (same). There are no special requirements for the person acting as guardian ad litem, and the main focus is furthering the best interests of the minor. *Kulya v. City and County of San Francisco*, No. C 06-06539 JSW, 2007 U.S. Dist. LEXIS 21932, at *4 (N.D. Cal. Mar. 9, 2007).

Petitioners, parents and legal guardians of Minor Plaintiffs, meet the requirements to be appointed as guardians ad litem for Minor Plaintiffs. *See* Exhibit 1 – Declaration of Raquel Diaz in Support of Petition for Appointment as Guardian ad Litem; Exhibit 2 – Declaration of Lisa Medina in Support of Petition for Appointment as Guardian ad Litem; Exhibit 3 – Declaration of Oscar Rodriguez in Support of Petition for Appointment as Guardian ad Litem; Exhibit 4 – Declaration of Katrina Montgomery in Support of Petition

for Appointment as Guardian ad Litem.[1] Petitioners have strong interests in Minor Plaintiffs' welfare. Petitioners are willing and able to pursue this action on behalf of Minor Plaintiffs, have no conflicts of interest, and is acting in good faith.

No previous petition for appointment of a guardian ad litem has been filed in this matter.

WHEREFORE, Petitioners hereby move the Court for an order appointing Raquel Diaz as guardian ad litem for Plaintiff B.E., Lisa Medina as guardian ad litem for Plaintiff G.C., Oscar Rodriguez as guardian ad litem for Plaintiff F.R., Stacy Rader as guardian ad litem for Plaintiff S.C., and Katrina Montgomery as guardian ad litem for Plaintiffs J.M., J.A., and J.M. for the purpose of this litigation.

Dated: November 19, 2025

Respectfully submitted,

*/s/ Daniel Srourian*

Daniel Srourian, Esq. (SBN: 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: ssingh@sirillp.com

**pro hac vice admission anticipated*

*Attorneys for Plaintiffs, Minor Plaintiffs, and the Putative Class*

[1] The Declaration of Stacy Rader in Support of Petition for Appointment as Guardian ad Litem is in the process of being finalized and will be submitted to the Court promptly upon completion.