Daniel Srourian, Esq. (SBN: 285678)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiffs, Minor Plaintiffs, and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL DIVISION**

**RAQUEL DIAZ,** on behalf of her minor child, **B.E.**, and all others similarly situated, **LISA MEDINA**, on behalf of her minor child, **G.C.**, and all others similarly situated, **OSCAR RODRIGUEZ**, on behalf of his minor child, **F.R.**, and all others similarly situated, **STACY RADER**, on behalf of her minor child, **S.C.**, and all others similarly situated, and **KATRINA MONTGOMERY**, on behalf of her minor children, **J.M.**, **J.A.**, and **J.M.**, and all others similar situated,

Plaintiffs,

v.

**PARAMOUNT SKYDANCE CORPORATION** and **PLUTO INC.**,

Defendants.

Case No. 5:25-cv-02945-KK-DTB

**[~~PROPOSED~~] ORDER GRANTING OMNIBUS PETITION FOR APPOINTMENT OF GUARDIANS AD LITEM**

**[~~PROPOSED~~] ORDER**

The Court, having considered Plaintiffs' Omnibus Petition for Appointment of Guardians Ad Litem, and for good cause appearing, hereby **ORDERS** that the Petion is **GRANTED**. Plaintiff Raquel Diaz is hereby appointed as guardian ad litem for Minor Plaintiff B.E.; Lisa Medina is hereby appointed as guardian ad litem for Minor Plaintiff G.C.; Plaintiff Oscar Rodriguez is hereby appointed as guardian ad litem for Minor Plaintiff F.R.; Plaintiff Stacy Rader is hereby appointed as guardian ad litem for Minor Plaintiff S.C.; and Katrina Montgomery is hereby appointed as guardian ad litem for Minor Plaintiffs J.M., J.A., and J.M.

**IT IS SO ORDERED.**

DATED: November 21, 2025

Hon. David T. Bristow
United States District Judge