Daniel Srourian, Esq. (SBN: 285678)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiffs, Minor Plaintiffs, and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL DIVISION**

**RAQUEL DIAZ,** on behalf of her minor child, **B.E.**, and all others similarly situated, **LISA MEDINA**, on behalf of her minor child, **G.C.**, and all others similarly situated, **OSCAR RODRIGUEZ**, on behalf of his minor child, **F.R.**, and all others similarly situated, **STACY RADER**, on behalf of her minor child, **S.C.**, and all others similarly situated, and **KATRINA MONTGOMERY**, on behalf of her minor children, **J.M.**, **J.A.**, and **J.M.**, and all others similar situated,

Plaintiffs,

v.

**PARAMOUNT SKYDANCE CORPORATION** and **PLUTO INC.**,

Defendants.

Case No. 5:25-cv-02945-KK-DTB

**SUPPLEMENT TO PETITION FOR APPOINTMENT OF GUARDIANS AD LITEM**

Plaintiffs Raquel Diaz, on behalf of Minor Plaintiff B.E.,Lisa Medina, on behalf of Minor Plaintiff G.C., Oscar Rodriguez, on behalf of Minor Plaintiff F.R., Stacy Rader, on behalf of Minor Plaintiff S.C., and Katrina Montgomery, on behalf of Minor Plaintiffs J.M., J.A., and J.M. ("Plaintiffs"), by and through undersigned counsel, respectfully submit this Supplement to their Petition for Appointment of Guardians Ad Litem to provide the Court with the Declaration of Stacy Rader in Support of Appointment as Guardian Ad Litem, and for reasons state as follows:

1. On November 19, 2025, Plaintiffs submitted their Omnibus Petition requesting that the Court enter an order appointing them as Guardians Ad Litem of their children, the Minor Plaintiffs. *See* ECF No. 22 (the "Petition"). The Court granted the Petition on November 21, 2025. *See* ECF No. 23.

2. In the Petition, Plaintiffs notified the Court that the Declaration of Stacey Rader in Support of Petition for Appointment as Guardian Ad Litem was being finalized, and would be filed shortly. *See* ECF No. 22, at 3, n. 1.

3. Accordingly, Plaintiffs submit this Supplement to the Petion to the Court, to which the Declaration of Stacey Rader in Support of Petition for Appointment as Guardian Ad Litem is attached as **Exhibit One**.

Dated: November 25, 2025

Respectfully submitted,

*/s/ Daniel Srourian*

Daniel Srourian, Esq. (SBN: 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

****Signatures Continue on Following Page****

Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: ssingh@sirillp.com

**pro hac vice admission anticipated*

*Attorneys for Plaintiffs, Minor Plaintiffs, and the Putative Class*

**Exhibit 1**

Daniel Srourian, Esq. (SBN: 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiffs,*
*Minor Plaintiffs, and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL DIVISION**

| | |
|---|---|
| **RAQUEL DIAZ,** on behalf of her minor child, **B.E.**, and all others similarly situated, **LISA MEDINA**, on behalf of her minor child, **G.C.**, and all others similarly situated, **OSCAR RODRIGUEZ**, on behalf of his minor child, **F.R.**, and all others similarly situated, **STACY RADER**, on behalf of her minor child, **S.C.**, and all others similarly situated, and **KATRINA MONTGOMERY**, on behalf of her minor children, **J.M.**, **J.A.**, and **J.M.**, and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PARAMOUNT SKYDANCE CORPORATION** and **PLUTO INC.**,<br><br>Defendants. | Case No. 5:25-cv-02945-KK-DTB<br><br>**DECLARATION OF STACY RADER IN SUPPORT OF APPOINTMENT AS GUARDIAN AD LITEM** |

I, STACY RADER, pursuant to 28 U.S.C. 1746, do declare that:

1. I make this declaration in support of the petition to appoint me as guardian ad litem for my child, S.C. The facts set forth below are true and based on my own personal knowledge. If called to testify I could and would competently do so under oath.

2. I am a resident and citizen of the State of New Jersey.

3. I am the mother and legal guardian of S.C., a minor.

4. I understand that this is a class action lawsuit arising from Defendants' unlawful and negligent actions, resulting in the collection of the personal information of minor children, including that of S.C., without obtaining verifiable parental consent.

5. I believe that being a plaintiff in this lawsuit to challenge Defendants' conduct is in S.C.'s best interest.

6. To the best of my knowledge and belief, I meet the qualifications required by the court for appointment as guardian ad litem and am fully competent to understand and protect the rights of S.C.

7. I have no interest adverse to this of S.C. and will act only based on S.C.'s best interest.

I declare under the penalty of perjury under the laws of New Jersey that the foregoing is true and correct.

Executed on 11/20/2025 at North Brunswick, New Jersey.

Stacy Rader

STACY RADER