DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant PARAMOUNT SKYDANCE CORPORATION

*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RAQUEL DIAZ, on behalf of her minor child, B.E., and all others similarly situated, LISA MEDINA, on behalf of her minor child, G.C., and all others similarly situated, OSCAR RODRIGUEZ, on behalf of his minor child, F.R., and all others similarly situated, STACY RADER, on behalf of her minor child, S.C., and KATRINA MONTGOMERY, on behalf of her minor children, J.M., J.A., and J.M., and all others similarly situated,

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORPORATION and PLUTO INC.,

Defendants.

Case No. 5:25-cv-02945-KK (DTB)

**PARAMOUNT SKYDANCE CORPORATION AND PLUTO INC.'S STATEMENT OF RECENT DECISION**

Judge: Honorable Kenly Kiya Kato

In connection with Paramount Skydance Corp.'s and Pluto Inc.'s (together, "Defendants") Motion to Dismiss Plaintiffs' Class Action Complaint ("Motion") and Reply in Support ("Reply") (*see* ECF Nos. 32, 43), Defendants respectfully submit this Statement of Recent Decision to bring to the Court's attention:

- ***In re USA Today Co., Inc. Internet Tracking Litig.*, No. 24-cv-05150-MMC (N.D. Cal. Apr. 6, 2026), Dkt. No. 77**. This decision further supports Defendants' arguments that Plaintiffs lack Article III standing, set forth at pages 4–6 of its Motion, and at pages 2–6 of its Reply. The decision is attached hereto as **Exhibit A**.

Dated: April 8, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: */s/ David R. Singh*
DAVID R. SINGH

DAVID R. SINGH
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID L. YOHAI (pro hac vice)
david.yohai@weil.com
BLAKE J. STEINBERG (pro hac vice)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants PARAMOUNT SKYDANCE CORPORATION & PLUTO INC.